Certificate Number: 03088-PAE-DE-036371696

Bankruptcy Case Number: 22-10396



03088-PAE-DE-036371696

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 3, 2022</u>, at <u>6:59</u> o'clock <u>PM CST</u>, <u>Anthony P Muni</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 3, 2022</u>          By:     <u>/s/Doug Tonne</u>

Name:   <u>Doug Tonne</u>

Title:  <u>Counselor</u>