# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

ANTHONY MUNI  Bankruptcy No. 22-10396-ELF
ANGELA MUNI
162 INDEPENDENCE DRIVE

MORRISVILLE, PA 19067

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ANTHONY MUNI
ANGELA MUNI
162 INDEPENDENCE DRIVE

MORRISVILLE, PA 19067

**Counsel for debtor(s), by electronic notice only.**
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: 4/5/2022  /s/ Kenneth E. West

                                               Kenneth E. West, Esquire
                                               Chapter 13 Standing Trustee