IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>ANTHONY MUNI, and<br>ANGELA MUNI,<br><br>    Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>    Movant,<br><br>        v.<br><br>ANTHONY MUNI,<br>ANGELA MUNI, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 22-10396-elf<br><br>Chapter 13<br><br>Document No. |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the November 29, 2022, I served copies of the Motion for Relief from the Automatic Stay or Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Anthony Muni<br>Angela Muni<br>162 Independence Drive<br>Morrisville, PA 19067 | Brad J. Sadek<br>Sadek and Cooper<br>1500 JFK Boulevard, Ste 220<br>Philadelphia, PA 19102 |

| | |
|---|---|
| Kenneth E. West<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Office of United States Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

    By: /s/ Keri P. Ebeck
    Keri P. Ebeck, Esq.
    PA I.D. # 91298
    kebeck@bernsteinlaw.com
    601 Grant Street, 9th Floor
    Pittsburgh, PA 15219
    Phone (412) 456-8112
    Fax (412) 456-8135

    Counsel for Toyota Motor Credit Corporation