IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **IN RE:** | : | |
| Anthony Muni | : | Chapter 13 |
| Angela Muni | : | Case No. 22-10396-ELF |
| Debtor(s) | : | |

### RESPONSE TO THE MOTION FOR RELIEF OF AUTOMATIC STAY FILED BY TOYOTA MOTOR CREDIT CORPORATION

Debtors, Anthony & Angela Muni, by and through their undersigned Counsel, Brad J. Sadek, in response to the Motion for Relief filed by Toyota Motor Credit Corporation hereby submit the following:

1. Admitted

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted payments were missed. Debtors ask for the chance to cure the post-petition arrears.

9. Admitted.

10. Admitted.

11. Admitted.

12. Denied. Debtors ask for the chance to cure the post-petition arrears.

WHEREFORE, Debtor, by and through the undersigned counsel, respectfully requests that Movant shall be denied an Order granting relief of the Automatic Stay pursuant to 11 U.S.C.§ 362.

|  |  |
|---|---|
|  | /s/ Brad J. Sadek, Esq. |
|  | _____ |
| Dated: December 6, 2022 | Brad J. Sadek, Esq. |
|  | Attorney for the Debtor |
|  | Sadek & Cooper |
|  | 1500 JFK Boulevard Suite #220 |
|  | Philadelphia, PA 19102 |
|  | (215) 545-0008 |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay by electronic or Regular U.S. Mail on all creditors and the following parties:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee
Electronic Notice

**Keri P. Ebeck Esq.**
Attorney for Movant *Toyota Motor Credit Corporation*
Electronic Notice to *kebeck@bernsteinlaw.com*

|  |  |
|---|---|
| Dated: December 6, 2022 | /s/Brad J. Sadek, Esq |
|  | Brad J. Sadek, Esq. |
|  | Attorney for Debtor(s) |