### IN THE UNITED STATES BANKRUPTCY COURT
### OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Anthony Muni | : | Chapter 13 |
| Angela Muni | : | Case No.: 22-10396-ELF |
| Debtor(s) | : | |

## **PRAECIPE TO WITHDRAW**

Kindly withdraw the Response to Motion for Relief filed at Docket Entry #31

DATED: 1/10/2023              */s/ Brad J. Sadek*
                              Brad J. Sadek, Esq.
                              Attorney for Debtor(s)