IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>ANTHONY MUNI, and<br>ANGELA MUNI,<br><br>　　　Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>　　　Movant,<br><br>　　　　　　v.<br><br>ANTHONY MUNI,<br>ANGELA MUNI, and<br>KENNETH E. WEST, Trustee,<br>　　　Respondents. | Bankruptcy No. 22-10396-elf<br><br>Chapter 13<br><br>Document No. |

ORDER OF COURT

AND NOW, this  11th day of      January     , 2023, upon consideration of the foregoing Motion for Relief from the Automatic Stay, and withdrawal of the response thereto, it is hereby **ORDERED** that

　　a. Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit Corporation in the 2021 Toyota Corolla Sedan 4D LE, VIN# JTDEPMAE6MJ130576.

　　b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**