United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-10396-pmm
Anthony Muni     Chapter 13
Angela Muni
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Feb 24, 2025     Form ID: 138OBJ     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony Muni, Angela Muni, 162 Independence Drive, Morrisville, PA 19067-4911 |
| 14670162 | + | Holiday Inn Vacations Incorporated, PO Box 947964, Atlanta, GA 30394-7964 |
| 14670165 | + | Quicken Loans, Bankruptcy Department, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14672482 | + | Rocket Mortgage, LLC f/k/a Quicken Loans,, LLC f/k/a Quicken Loans Inc., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14673881 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 25 2025 01:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2025 01:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14670155 | + | Email/Text: bankruptcy@cavps.com | Feb 25 2025 01:15:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14671182 | + | Email/Text: bankruptcy@cavps.com | Feb 25 2025 01:15:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14670156 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2025 03:16:17 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14670157 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2025 03:39:29 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14670159 | + | Email/Text: BKPT@cfna.com | Feb 25 2025 01:15:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14670160 | + | Email/Text: DSLBKYPRO@discover.com | Feb 25 2025 01:15:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14670691 | + | Email/Text: DSLBKYPRO@discover.com | Feb 25 2025 01:15:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 14672712 | | Email/Text: BNCnotices@dcmservices.com | Feb 25 2025 01:15:00 | EMERGENCY CARE SERVICES OF PA, PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 14676784 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 25 2025 01:15:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14673613 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 25 2025 01:15:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14670163 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 25 2025 01:15:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14672602 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2025 01:15:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14670164 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2025 01:15:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14671988 | ^ | MEBN | Feb 25 2025 00:46:50 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14670782 | ^ | MEBN | Feb 25 2025 00:47:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14670602 | ^ | MEBN | Feb 25 2025 00:47:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14670167 | + | Email/Text: bncmail@w-legal.com | Feb 25 2025 01:15:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14670168 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 25 2025 01:15:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14685084 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 25 2025 01:15:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14822671 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2025 03:50:24 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14683865 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2025 03:17:22 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14670169 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Feb 25 2025 03:16:56 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14674628 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Feb 25 2025 05:42:09 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14670158 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14670161 | *+ | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14670170 | *+ | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14674898 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14670166 | ##+ | ServiceMaster Center, Attn: Bankruptcy, 150 Peabody Place, Memphis, TN 38103-3700 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 24, 2025 | Form ID: 138OBJ | Total Noticed: 30

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Anthony Muni brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Angela Muni brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 46 − 44

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Anthony Muni | ) | Case No. 22−10396−pmm |
| | ) | |
| Angela Muni | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 24, 2025

For The Court

Timothy B. McGrath
Clerk of Court